414 A.2d 351

## COMMONWEALTH of Pennsylvania

v.

## Thomas W. MARTIN, a/k/a Eugene Collins, Appellant.

Supreme Court of Pennsylvania.

Argued April 17, 1980.

Decided May 30, 1980.

Stanford Shmukler, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Asst. Dist. Atty., James B. Jordan, Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM.

Appellant's post-verdict motions, which contained some 43 assignments of error, were denied by the court below and found to be without merit. Appellant then appealed to this Court, raising an excess of 20 of these issues again. We have carefully reviewed these assignments of error, and we also find them to be without merit.

Consequently, the judgments of sentence are affirmed.

ROBERTS, J., concurred in the result.